**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KENNETH WHITE,
ADC #154694** **PLAINTIFF**

V.  **CASE NO. 5:17-CV-00014 BRW/BD**

**MARCUS KENNEDY, et al.** **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.   Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion:**

Plaintiff Kenneth White, an inmate in the Arkansas Department of Correction ("ADC"), filed this case *pro se* under 42 U.S.C. § 1983, and is proceeding *in forma pauperis*.  (Docket entries #1, #2)

Because Mr. White's complaint was deficient, he was ordered to file an amended complaint within 30 days of January 19, 2017, to cure the specific deficiencies identified in the Court's January 19 Order. To date, he has failed to comply with the Court's January 19 Order, and the time for doing so has passed. The Court specifically cautioned Mr. White that his claims could be dismissed if he failed to comply with the Court's Order. (#4)

### III.  Conclusion:

The Court recommends that Mr. White's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 19, 2017 Order.

DATED this 28th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE