# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KENNETH WHITE,
ADC #154694                                                                                                                                     PLAINTIFF

VS.                 CASE NO. 5:17-CV-00014 BRW/BD

MARCUS KENNEDY, *et al.*                                                               DEFENDANTS

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. White's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 20th day of April, 2017.

                                                   /s/ Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE